James Russell Johnson
MTD #1716
650 West State Street
Rockford, Illinois 61101

legal mail

United States District Court
Office of the Clerk
211 South Court Street
Rockford, Illinois 61101

WINNEBAGO COUNTY
CORRECTIONS
SEARCHED

USA 41