IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS WESTERN DIVISION

JAMES RUSSELL JOHNSON,
      Plaintiff-Detainee,

- VS. -      Case No.: __08 50002__
                 Kapala

STATE OF ILLINOIS,
WINNEBAGO COUNTY SHERIFF
RICHARD MEYERS,
      Respondent,

FILED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING, PROOF OF SERVICE

TO: Winnebago County Sheriff    TO: United States Clerk of Court
     420 West State Street           211 South Court Street
     Rockford, Ill. 61101.           Rockford, Ill. 61101.

*PLEASE BE ADVISED* whereas upon the date of December 29, 2007, I mailed a full copy of the annexed Petition for Habeas Corpus Relief, with Memorandum, to the United States District Court Clerk at the Federal Courthouse at 211 South Court Street; Rockford, Illinois. 61101.

*PLEASE BE ADVISED* whereas upon the date of December 29, 2007, I had placed a copy of this Notice of Filing, Proof of Service; With a complete annexed copy of the Petition for Habeas Corpus Relief, with Memorandum therein, to the above listed addresses, parties or offices. Aforesaid material is placed within envelopes, with the proper postage affixed to the same, and deposited within the Winnebago County Jail Pod 3C mail of the United States Postal Service.

Date: December 29, 2007        By: /s/ James Russell Johnson
                                              Mr. James Russell Johnson
                                              M.I.D. # 1716
                                              650 West State Street
                                              Rockford, Illinois. 61101