F I L E D

JAN 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief of CR Appeals
Atty General's Office
100 W. Randolph 12 FL
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED

JAN 0 8 2008

Office of The Attorney General

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7002 0510 0000 6469 1793

08 CV 5000 2

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540