James Russell Johnson
MID# 1716
650 West State
Rockford, Ill. 61101



USA 41



ROCKFORD IL 611
PM 7 JAN 2008

United States District Court
Office of the Clerk
211 South Court Street
Rockford, Illinois, 61101.

