# United States District Court
## Northern District of Illinois
### Western Division

James Russell Johnson          **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 08 C 50002

Richard Meyers

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motions for evidentiary hearing and for habeas corpus bail are denied.

                                                Michael W. Dobbins, Clerk of Court

Date: 1/25/2008                            _____
                                                /s/ Susan Wessman, Deputy Clerk