In the
United States District Court for the
Northern District of Illinois, Western Division

**FILED**
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **James Russell Johnson,** | ) | |
|     Plaintiff; | ) | |
| - V.- | ) | File Number 2008C50002 |
| | ) | |
| **State of Illinois,** | ) | **Notice of Appeal** |
| **Winnebago County Sheriff:** | ) | |
| **Richard Meyers** | ) | |
| **420 West State Street** | ) | |
| **Rockford, Illinois. 61101;** | ) | |
|     Defendant, | | |

*Notice is hereby given* that James Russell Johnson, Plaintiff-detainee, in the above named case hereby appeal to the United States Seventh Circuit Court of Appeals, from the final judgment of dismissal entered in this action upon the 25th day of January, 2008.

Date: January 30, 2008

/S/ *James Russell Johnson*
Mr. James Russell Johnson,
Plaintiff/Detainee/Appellant
M.I.D.# 1716
650 West State Street
Rockford, Illinois. 61101.

ROCKFORD IL 611
30 JAN 2008 PM
USA 41

RECEIVED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James Russell Johnson

District Court Clerk's Office
211 South Court Street
Rockford, Illinois 61101

Legal