In the
**United States District Court for the**
**Northern District of Illinois, Western Division**

F I L E D

JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| James Russell Johnson, | ) |
| **Plaintiff;** | ) |
| - V.- | ) |
| | ) |
| State of Illinois, | ) |
| Winnebago County Sheriff: | ) |
| Richard Meyers | ) |
| 420 West State Street | ) |
| Rockford, Illinois. 61101; | ) |
| **Defendant,** | |

File Number 2008C50002

**Notice of Appeal**

MOTION TO PROCEED
IN FORMA PAUPERIS

## Affidavit in Support of Motion Instructions

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _January 30, 2008_

Date: _James Russell Johnson_

Mr. James Russell Johnson
M.I.D.# 1716
650 West State Street
Rockford, Illinois. 61101.

My issues on appeal are:

( i.)   Probable Cause;

( ii.)   Due Process of law;

( iii.)   Equal Protection of Law;

( iv.) Cruel and Unusual Punishment/Excessive Bail;

*Failure to include any issue(s) herein does not constitute any waiver thereto.*

1.

Income source

1.      The Plaintiff - Appellant is currently under an illegitimate Pretrial imprisonment, as being affected by the Respondent - Appellee under color and guise of legitimate State of Illinois law and procedure.  The Respondent - Appellee is only being able to perfect such action in that the Plaintiff - Appellant is a poor person, In Forma Pauperis, and cannot retain Counsel to represent [him] to secure [his] Constitutionally protected rights, libereties and interests.

The Plaintiff - Appellant has been injured and ill for a period in excess of five (5) years, without any substantial income.  The Plaintiff - Appellant furthernow had received:

   a.) Illinois Public Aid Assistance; *$154.00 a month up until 11-25-08.*

   b.) Has applied for Social Security Disability Benefits; *Pending.*

   c.) Receives Low income Energy Assistance to Pay utility expenses; *Up to 11-25-08;*

   d.) Receives Rental Assistance via City of Rockford Human Services Programs;


2.  Employment history up until February 28, 2003:

Owner and Operator of own business:

"Paralegal Research, Investigation & Preparation"
State of Illinois, Winnebago County License Number 021265
7057 Wheatland Terrace
Cherry Valley, Illinois.  61016.

3.  The Plaintiff - Appellant is divorced and has no additional income.

4.  The Plaintiff - Appellant does not have any equitable assetes, real, personal or otherwise.

The Plaintiff - Appellant(s) home has been burglarized since [his] illegitimate incarceration.

The Respondent-Appellee(s), or their agents, employees or personnel, duly refuse to allow charges to be filed by the Plaintiff - Appellant against the perpetrators due to the Plaintiff - Appellant's illegal imprisonment.

5.  The Plaintiff - Appellant is NOT a prisoner, per se.  The Plaintiff - Appellee is an illegally detained PRE-TRIAL detainee.

**6.** That due to a serious personal injury against this Plaintiff - Appellant upon February 28, 2003, a judgment in an amount of $300,000.00 had been awarded to the Plaintiff - Appellant upon January 24, 2004, within Dekalb County Illinois 16th Judicial Circuit Case 2003-L -27. The Plaintiff - Appellant has private civil attorney(s) working that case upon consignment. Whom are:

Lowery & Associates, L.L.C.
Attorney Timothy Lowery and John Withall
333 West Wacker Drive - Suite 420
Chicago, Illinois. 60606.
(312) 460-8788

The Plaintiff - Appellant is to receive said judgment / settlement monies within the summer of 2008. A sum of $300,000.00 at 9% per diem interest, per annum, beginning from the date of 01-24-04;

**7.** *State the persons who rely on you or your spouse for support:*

a.) Katherine Kotrba. Age: Seventeen. Daughter;

b.) Kayla Hooper. Age: 16. Daughter.

**8.** *Estimate the average monthly expenses of you and your family.*

Rent or home mortgage payment $650.00

There are no real estate taxes included.

Property insurance is not included.

Utilities (electricity, heating fuel, water, sewer, and Telephone)

Gas: $180.00 a Month

Electric: $210.00 a Month

Water/Sewer/Garbage: $56.00 a month (pro-rated)

Telephone: $200.00 a month;

Home maintenance (repairs and upkeep) $100.00 a Month average;

Food: $154.00 a month;  (Dog Food: $30.00 a month;)

Clothing: $100.00 a month ???;

Laundry:  $100.00??? a month;

Medical/Perscription:  $1,100.00+ a month

Transportation/Gas: $50.00+ a month

Recreation, entertainment - Cable, movies, etc.:  $40.00 a month;

Renter's Insurance: $12.00 a month;

Life Insurance:  $30.00 a month;

No Health insurance - dropped by carrier;

No Motor Vehicle owned by Plaintiff - Appellant;

Child support paid: $400.00 a month;

*All expenses indictaed herein, unless otherwise indicated, are monies borrowed and carried by Plaintiff-Appellant's parents and family until aforementioned judgment/settlement monies are received when it is to be then repaid.*

> *i.e.*    Parents:  Dianna and Bill Aylward 815-332-5654;
>
>     Sister:  Deborah and Alan Chouinard 815-484-5284;
>
>     Sister:  Ivory and Jack Bergeron  913-441-3477;
>
>     Brother:  Timothy and Nanette Johnson  815-227-5326;

**9.**  *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*  **No**

**10.**  *Have you paid — or will you be paying — an attorney any money for services in connection with this case?*

> Yes, if one can or will take it upon contigency, or if the Court will appoint one to be paid upon contigency when the Plaintiff-Appellant's judgment-settlement monies are received later this year;  Attorney and amount to be determined by this Honorable Appellate Court.

**11.** *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

Unknown at this time.

**12.** *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Because I have been ill with hypothyroidism/hashimoto's disease, after being poisoned.

**13.** *State the address of your legal residence.*

James Russell Johnson
1321 12th Avenue
Rockford, Illinois. 61104.

Your daytime phone number: (815) 243-1727 Message line - Lola

Your age: 41 years of age;

Your years of schooling: 20+

Date: January 30, 2008

/S/ *James Russell Johnson*

Mr. James Russell Johnson,
Plaintiff/Detainee/Appellant
M.I.D.# 1716
650 West State Street
Rockford, Illinois. 61101.