In the
United States District Court for the
Northern District of Illinois, Western Division

FILED
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **James Russell Johnson,**  Plaintiff; | ) ) |
| - V.- | ) ) |
| **State of Illinois,** **Winnebago County Sheriff:** **Richard Meyers** **420 West State Street** **Rockford, Illinois.  61101;**  Defendant, | ) ) ) ) ) ) |

File Number 2008C50002

## Notice of Appeal

*Notice is hereby given* that James Russell Johnson, Plaintiff-detainee, in the above named case hereby appeal to the United States Seventh Circuit Court of Appeals, from the final judgment of dismissal entered in this action upon the 25th day of January, 2008.

Date: January 30, 2008

/S/ *James Russell Johnson*
Mr. James Russell Johnson,
Plaintiff/Detainee/Appellant
M.I.D.# 1716
650 West State Street
Rockford, Illinois. 61101.

ROCKFORD IL 61
30 JAN 2008 PM 2
USA 41

RECEIVED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James Russell Johnson

District Court Clerk's Office
211 South Court Street
Rockford, Illinois. 61101

Legal

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 3:08-cv-50002

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| James Russell Johnson (Appellant) | | Richard Meyers |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | James Russell Johnson   #1716 | Name | none of record |
| Firm | PRO SE | Firm | |
| Address | Winnebago - WCJ<br>650 West State Street<br>Rockford, IL 61101 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Frederick J. Kapala | Date Filed in District Court | 01/02/2008 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 01/25/2008 |
| Nature of Suit Code | 530 Prisoner: Habeas Corpus | Date of Notice of Appeal | 01/31/2008 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [x]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [x]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | January 25, 2008 |
| **CASE TITLE** | James Russell Johnson (#1716) v. Richard Meyers | | |

**DOCKET ENTRY TEXT:**

The court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motions for evidentiary hearing [6] and for habeas corpus bail [7] are denied.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Petitioner James Russell Johnson, currently a pre-trial detainee at Winnebago County Jail, brings this *pro se* petition for a writ of habeas corpus. He alleges that he has been indicted, arrested, and incarcerated upon two illegitimately enhanced and aggravated Class 4 felony driving while license is revoked charges.

Federal courts do not interfere with pending state criminal proceedings except under extraordinary circumstances, see *Younger v. Harris*, 401 U.S. 37 (1971). Federal courts require, as a matter of comity, the respect owed one government for another's laws and courts, that pretrial detainees exhaust all avenues of state relief before petitioning a federal court for habeas corpus. *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 489-92 (1973); *United States v. Castor*, 937 F.2d 293, 296-97 (7th Cir. 1991). *See also Neville v. Cavanaugh*, 611 F.2d 673, 675 (7th Cir. 1979); *In re Justices of Superior Court Dept. of Massachusetts Trial Court*, 218 F.3d 11, 17-18 (1st Cir. 2000) (discussing *Neville* and noting that "federal courts have routinely rejected petitions for pretrial habeas relief raising any variety of claims and issues").

Petitioner's state court remedies have not been exhausted because he has not even gone to trial yet. Petitioner still has available lower state court remedies, particularly direct review, if his trial does not result in an acquittal. *See Brink v. Rouch*, 677 F.Supp. 569, 571 (C.D. Ill. 1988); *Hughes v. Kiley*, 67 Ill.2d 261, 367 N.E.2d 700 (1977). Petitioner therefore must exhaust his state court remedies before pursuing federal habeas corpus relief.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

## STATEMENT

Petitioner has moved for habeas corpus bail. Petitioner has state court remedies to appeal a trial court's refusal to grant or modify his bail. *See* Illinois Supreme Court Rule 604(c). Petitioner apparently has not exercised these remedies. Furthermore, a federal district court judge in habeas corpus proceedings can only grant or modify bail to a habeas applicant who has criminal proceedings pending in state court if extraordinary circumstances exist. *See Kramer v. Jenkins*, 800 F.2d 708, 709 (7th Cir. 1986); *Cherek v. United States*, 767 F.2d 335, 337 (7th Cir. 1985). In determining whether bail is "reasonably calculated," the federal courts cannot be expected to conduct a *de novo* bond hearing for every habeas corpus that comes before it. *U.S. ex rel. Fitzgerald v. Jordan*, 747 F.2d 1120, 1133 (7th Cir. 1984). That would not only further burden the federal court system, but it would represent an unwarranted interference in the operation of the state's criminal justice system. *Finetti v. Harris*, 609 F.2d 594, 600 (2d Cir. 1979); *Simon v. Woodson*, 454 F.2d 161, 165 (5th Cir. 1972). The court accordingly denies petitioner's motion for bail.

Because the court is dismissing this action, petitioner's motion for evidentiary hearing is denied as moot.

After preliminary review, the court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

# United States District Court
## Northern District of Illinois
### Western Division

James Russell Johnson　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　　Case Number: 08 C 50002

Richard Meyers

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motions for evidentiary hearing and for habeas corpus bail are denied.

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 1/25/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　/s/ Susan Wessman, Deputy Clerk

APPEAL, HABEAS, MAHONEY, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Rockford)
## CIVIL DOCKET FOR CASE #: 3:08-cv-50002
### Internal Use Only

Johnson v. Meyers et al  
Assigned to: Honorable Frederick J. Kapala  
Referred to: Honorable P. Michael Mahoney  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/02/2008  
Date Terminated: 01/25/2008  
Jury Demand: None  
Nature of Suit: 530 Prisoner: Habeas Corpus  
Jurisdiction: Federal Question

**Petitioner**

**James Russell Johnson**         represented by **James Russell Johnson**  
#1716  
Winnebago - WCJ  
650 West State Street  
Rockford, IL 61101  
PRO SE

V.

**Respondent**

**Richard Meyers**  
*State Of Illinois, Winnebago County Sheriff*

**Service List**         represented by **Chief of Criminal Appeals**  
Attorney General's Office  
100 West Randolph - 12 Floor  
Chicago, IL 60601  
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**  
Email: Prison1_ILND@ilnd.uscourts.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/2008 | **1** | RECEIVED Emergency Petition For Habeas Corpus Relief and 0 copies by James Russell Johnson (Attachments: # **1** Supporting Memorandum# **2** Notice of Filing)(pg, ) Additional attachment(s) added on 1/3/2008 (pg, ). (Entered: 01/03/2008) |
| 01/02/2008 | **2** | CIVIL Cover Sheet (pg, ) (Entered: 01/03/2008) |
| 01/02/2008 | | THIS matter is referred to the Honorable P. Michael Mahoney pursuant to Internal Operating Procedure 11(d) (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | | MAILED copy of Petition For Writ Of Habeas Corpus with attachments to Chief Of Criminal Appeals via certifed mail #7002 0510 0000 6469 1793 (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | **3** | (Court only) RECEIPT regarding payment of filing fee paid on 1/3/2008 in the amount of $5.00, receipt number 3538 (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | **4** | PETITION for writ of habeas corpus filed by James Russell Johnson against Richard Meyers Filing fee $ 5. (Attachments: # **1** Memorandum# **2** Notice of Filing# **3** Envelope)(pg, ) (Entered: 01/03/2008) |
| 01/14/2008 | **5** | RETURN of US post office #7002 0510 0000 6469 1793 (jat, ) (Entered: 01/14/2008) |
| 01/15/2008 | **6** | MOTION by Petitioner James Russell Johnson for Evidentiary hearing (pg, ) (Entered: 01/15/2008) |
| 01/23/2008 | **7** | MOTION by Petitioner James Russell Johnson for Habeas Corpus Bail (Attachments: # **1** Envelope)(pg, ) (Entered: 01/23/2008) |
| 01/25/2008 | **8** | MINUTE entry before Judge Frederick J. Kapala : Civil case terminated.: The court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motions for evidentiary hearing **6** and for habeas corpus bail **7** are denied. [For further details see text below.] docketing mailed notice (jat, ) (Entered: 01/25/2008) |
| 01/25/2008 | **9** | ENTERED JUDGMENT Signed by Court Clerk for Judge Frederick J. Kapala on 1/25/2008:(jat, ) (Entered: 01/25/2008) |
| 01/31/2008 | **10** | NOTICE of appeal by James Russell Johnson regarding Order **8**, Judgment **9** (jat, ) (Entered: 01/31/2008) |
| 01/31/2008 | **11** | MOTION/Affidavit in Support of Motion Instructions by Petitioner James Russell Johnson for leave to appeal in forma pauperis (jat, ) (Entered: 01/31/2008) |