# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                 (312)435-5850

**FILED**

FEB 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   **District Court Clerk's Office**

Re:   **Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 2/4/08 |
| Appellate Court No.: | 08-1265 |
| Short Caption: | Johnson, James R. v. Meyers, Richard A. |
| District Court Judge: | Judge Kapala |
| District Court No.: | 08 C 50002 |

If you have any questions regarding this appeal, please call this office.

cc:   **Mary Lindbloom**