IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

*In re: James Russell Johnson*
JAMES RUSSELL JOHNSON,
M.I.D.# 1716
650 West State Street
Rockford, Illinois. 61101.
        Plaintiff,

- Vs.-

STATE OF ILLINOIS,
WINNEBAGO COUNTY SHERIFF:
RICHARD MEYERS;
420 West State Street
Rockford, Illinois. 61101.
        Respondent,

**FILED**
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No.: 08 C 50002

\*\*\**Western Division - Emergency Habeas Corpus pleading 08C50002*\*\*\*
## MOTION TO TRANSFER / CHANGE OF VENUE

*NOW COMES* James Russell Johnson, Plaintiff, to move this Honorable Court with a motion to transfer / change of venue. In support thereof, the Plaintiff represents whereas:

1. That the Plaintiff is within state custody pursuant to two (2) fraudulent indictments, based upon false facts within two separate probable cause affidavits, as knowingly and intentionally misrepresented to two state of Illinois, Winnebago County Grand Juries, with which to gain two illicit indictments, then warrants, against this Plaintiff as per Aggravated Driving while Drivers License is Suspended or Revoked;  Winnebago County Case number 2003CF2192, with an excessive bond of $50,000.00; and 2007CF1671, with an extremely excessive bond of $200,000.00;

1.

2. That the Plaintiff has in excess of 700 actual days in custody as per 2003CF2192 and has again been in custody since November 25, 2007, as per both 2003CF2192 and 2007CF1671, in violation of speedy trial guarantees, et al;

3. That the Plaintiff presented a State of Illinois 17th Judicial Circuit Court Petition for Emergency Habeas Corpus Relief upon December 10, 2007. 17th Judicial Circuit Civil Case Number - 2007MR744;

4. That the State of Illinois 17th Judicial Circuit Criminal Court Judge, Rosemary Collins, had exceeded the limit of [her] criminal court judicial authority to withdraw or dismiss this Plaintiff's Civil pleading for Habeas Corpus relief, 2007MR744, as per those aforementioned illicit charges 2003CF2192 and 2007CF1671;

5. That the Plaintiff proceeded to present a pleading for injunctive relief - cease and desist order, within 2007MR744. Additionally, the Plaintiff filed a pleading for an evidentiary hearing. Both additional pleadings were also ignored and disregarded due to state criminal judge, Rosemary Collins undue influence;

6. That upon January 02, 2008, the Plaintiff presented a Petition for Emergency Habeas Corpus Relief within the United States District Western Division Court. Case number 2008C50002;

7. That the 2008C50002 federal Petition for Emergency Habeas Corpus Relief had been promptly assigned to a district court Judge, Frederick Kapala; Further, Judge Kapala used to preside as a criminal court judge within the State of Illinois 17th Judicial Circuit Court as an associate and colleague of Judge Rosemary Collins;

8. **That** this Plaintiff is being denied all meaningful access to any Court within the State or Federal Jurisdiction within the immediate and general locale of Rockford, Illinois, due to long standing judicial relationship(s);

9. **That** this Plaintiff has both documentary and testimonial evidence, from the office of the Illinois Secretary of State, Department of Motor Vehicles - Drivers License Section; whereas [his] State charges and lengthly "pretrial" imprisonment are shown to be manufactured by multiple state actors abuse of the law or legal procedure, under the color and guise of legitimate law or procedure;

10. **That** the Plaintiff humbly moves this Honorable Court to grant this motion to transfer, change of venue, in the interests of justice;

*WHEREFORE* the Plaintiff, James Russell Johnson, humbly and respectfully prays for this Honorable United States District Court to hear and grant this pleading for change of venue, et al, and set prompt hearing as per this Plaintiff's pleading for emergency habeas corpus relief;

Respectfully Submitted;

Date: January 22, 2008.          By: *James Russell Johnson*

Mr. James R. Johnson
M.I.D. # 1716
650 West State Street
Rockford, Illinois. 61101.