# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | February 12, 2008 |
| **CASE TITLE** | James Russell Johnson (#1716) v. Richard Meyers | | |

**DOCKET ENTRY TEXT:**

The Court declines to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons explained in the order of 1/25/08. *See* 28 U.S.C. § 2253(c) and F.R.A.P. 22(b). The Court construes Petitioner's motion/affidavit in support of motion instructions [11] as a motion for leave to appeal *in forma pauperis*. Finding Petitioner to be currently indigent, the Court grants the motion. The Court denies Petitioner's motion to transfer/change of venue [14]. Because Petitioner has filed a Notice of Appeal, the Court no longer has jurisdiction to hear further motions in this action.

Docketing to mail notices.



| | Courtroom Deputy Initials: | CLH |
|---|---|---|