IN THE
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re:

JAMES RUSSELL JOHNSON,

    Petitioner-Appellant,

- v. -

                                      CASE No.: 08C50002

Richard A. Meyers,

    Respondent-Appellee,

**FILED**
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

REQUEST TO PREPARE THE
RECORD ON APPEAL FOR
(APPEAL NUMBER 08-1265)

    I, James Russell Johnson, the Petitioner/Appellant, request for the district court clerk to prepare the entire record on appeal, along with all additional correspondance and supporting handwritten memorandum, for the Seventh Circuit Court of Appeals, to be forwarded forthwith.

Date: February 7, 2008.                  By: James Russell Johnson.

James Russell Johnson
MID # 1716
650 West State
Rockford, Ill. 61101.

Legal

District Court Clerk's Office
211 South Court Street
Rockford, Illinois. 61101.

ROCKFORD IL 61
08 FEB 2008 PM
USA 41

RECEIVED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT