United States District Court
Office of the Clerk
211 S. Court Street
Rockford, Ill. 61104

Re: 08 C 50002

**FILED**
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk;                                              February 18, 2008.

In that the Court allowed me to proceed as a poor person upon February 12, 2008; I am duly requesting a complete and certified copy of the record on file as per case number 08C50002. All documents, supplements, correspondence, etcetera. (All court orders, records & material thereto as well.)

"Two" copies are required, one certified, please. This material is required and essential for appellate court pursuit of my claim(s), in that my liberty interests are at stake. This request is made pursuant to Title 28 U.S.C. §2250, a copy of that provision is annexed herein for your convenience. Thank you and have a nice day.

Respectfully

James Russell Johnson
MID# 1716
650 West State
Rockford, Ill. 61102.

# United States Code

- **United States Code**
- **TITLE 28 — JUDICIARY AND JUDICIAL PROCEDURE**
- **PART VI — PARTICULAR PROCEEDINGS**
- **CHAPTER 153 — HABEAS CORPUS**

**28 U.S.C. § 2250. Indigent petitioner entitled to documents without cost**

If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

(June 25, 1948, ch. 646, 62 Stat. 966.)

HISTORICAL AND REVISION NOTES

Derived from H.R. 4232, Seventy-ninth Congress, first session.

It conforms to the prevailing practice.

Copyright © 2008 Loislaw.com, Inc. All Rights Reserved

James Russell Johnson
MID #1716
650 West State
Rockford, Illinois 61102

Legal Mail

United States District Court
Office of the Clerk
211 South Court Street
Rockford, Illinois 61101

ROCKFORD IL 611
19 FEB 2008 PM 1 T

61101+1215

USA 41

"LET US DARE TO READ, THINK, SPEAK AND WRITE."