# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | March 7, 2008 |
| **CASE TITLE** | James Russell Johnson (#1716) v. Richard Meyers | | |

**DOCKET ENTRY TEXT:**

Petitioner's petition/request to prepare the record on appeal [17] is denied as unnecessary because the short record on appeal was transmitted to the 7th Circuit on 1/31/08. Petitioner's request for two certified copies of the record [18] is granted in part and denied in part. The Clerk is directed to send Petitioner one certified copy of the following numbered documents [1, 6, 7, 8, 9, 10, 11, 14, 15, 16] and a copy of the docket in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|