IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

People ex rel.

JAMES RUSSELL JOHNSON,
        Petitioner,

— vs. —

CAUSE NO.: 08 C 50002.

RICHARD A. MEYERS,
        Respondent,

FILED
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RULE 60 MOTION FOR RECONSIDERATION

NOW COMES the petitioner, James Russell Johnson, to move the Court with a rule 60 motion for reconsideration. In support thereof, the petitioner represents:

1. That extraordinary rule 60 remedy is required due to the exceptional circumstances as recently discovered by the petitioner with newly obtained and discovered evidence establishing the 17th Judicial Circuit Court, Winnebago County, does not have either personal nor subject matter, statutory and case law, jurisdiction over this petitioner;

2. The Illinois Supreme Court expressly decided this issue in the case of PEOPLE V. QUIGLEY (1998) 183 Ill.2d 1, 6-11, 697 N.E.2d 735, in which the Honorable Frederick J. Kapala was overruled;
(EXHIBIT-I.)

3. The QUIGLEY case was dismissed, as per Illinois Supreme Court mandate 82750, via the Winnebago County Assistant States Attorney, Steven J. Biagi, upon April 27, 2005, after review by Judge Rosemary Collins and Judge Richard Vidal; (Exhibit - II.)

4. The petitioner was charged with four (4) traffic citations upon June 15, 2006. The Winnebago County State's Attorneys office, via the City Attorney, presented and commenced prosecutions by Complaint upon June 16, 2006. Winnebago County Case Numbers 2006TR030245-030248;

5. That upon April 20, 2007, the petitioner, James Russell Johnson, did present an oral motion to dismiss all 2006TR charges based upon no probable cause. There are no vehicle impound, or impound records, or evidence, whereas to support the 2006TR charges and necessary to conviction of said charges. 17th Circuit Court Judge, John Young, agreed. After a short recess for the State to verify, all 2006TR charges were dismissed on State Motion; No appeal was taken; (Exhibit - III.)

6. That upon May 01, 2007, Assistant States Attorney, Steven Biagi, presented an illegal and defective information before 17th Judicial Circuit Court Judge, Ronald White, as per Class 4 felony Aggravated Driving While Revoked sentence enhancement Statute 625 ILCS 5/6-303(d-3), Case number 2007CF1671. The aforementioned 07CF1671 charge was premised upon dismissed prosecution 2006TR030246, which the Illinois Supreme Court prohibited pursuant to Compulsory joinder; The State does not contest the facts; (see order paragraph 2.) (Exhibit IV.)

7. That both 17th Circuit Court Judge, Rosemary Collins, and the Assistant State's Attorney, Steven J. Biagi; as well as the present United States District Court judge presiding, Frederick Kapala, know, or reasonably should have known, whereas the current habeas corpus petitioner is being illegally imprisoned and fully deprived of all Constitutional rights and guarantee's under color and guise of State law. All parties named herein were directly involved with a previously overturned case regarding same and very similar issue(s); PEOPLE V. QUIGLEY (1998) id.

WHEREFORE the petitioner, James Russell Johnson, humbly and respectfully prays for this Honorable Court, Frederick J. Kapala, to hear this Rule 60 motion for reconsideration and grant the petitioner discharge pursuant to writ of habeas corpus.

Respectfully Submitted;

Date: June 13, 2008

By: James Russell Johnson
MR. James Russell Johnson
MID #1716
650 West State
Rockford, Ill. 61102.

STATE OF ILLINOIS )
WINNEBAGO COUNTY )

## AFFIDAVIT AND NOTICE OF FILING, PROOF OF SERVICE

I, James Russell Johnson, presented this Rule 60 motion to reconsider, with exhibits, for filing with the United States District Court Clerk for the Northern District of Illinois, Western Division. Such was additionally served upon the parties listed below, via United States postal service, by placing such in adequate addressed envelopes, with proper postage affixed to the same.

TO: UNITED STATES DISTRICT CLERK
211 South Court Street
Rockford, Illinois. 61101

TO: Illinois Attorney General
Michael M. Glick
100 W. Randolph Street, 12th floor
STATE OF ILLINOIS CENTER
Chicago, Ill. 60601.

Date: June 13, 2008

By: James Russell Johnson
MR. James Russell Johnson

No. 82750 People v. Quigley

Appellate citation: No. 2--95--1643 (unpublished order under Supreme Court Rule 23).

Opinion by NICKELS, J.

In 1994, a multicar collision on Route 251 at the Village of Machesney Park resulted in a personal injury. One of the drivers involved, the defendant here, failed a field sobriety test and was determined in a breathalyzer test to have a blood-alcohol level of 0.14. He was charged separately with misdemeanor DUI and also with the felony of aggravated DUI, the latter charge being based on the aggravating factor of the personal injury. However, the misdemeanor charge was later dismissed, under the speedy-trial statute, for failure to bring the defendant to trial during the required statutory period.

*Emphasis added here!* — In this decision, the supreme court held that *the compulsory joinder statute required that these two charges be prosecuted together because they were based on the same incident.* Therefore, once the misdemeanor was dismissed, further prosecution of the felony charge was also barred under the speedy-trial statute. The circuit court of Winnebago County had erred in denying a motion to dismiss it.

### CIRCUIT COURT CLERK 17th JUDICIAL DISTRICT
### WINNEBAGO COUNTY

### ON-LINE CASE INFORMATION

### CASE: 1995 CF 00250    PAGE: #2



Password=PUBLIC

5/17/2008

Sunday, May 18, 2008  08:56 AM

```
COURT DOCKET - WINNEBAGO COUNTY CIRCUIT CLERK              1   CSP048
                                                     Date:   5/15/2008
                        TRAFFIC                      Time:   10/10/18
                                                     Page:        1
        2006 TR 030246  Judge:           From  0/00/0000 To 99/99/999
                                                     User: MALONEJ
           Case Names_____ Attorney Names_____ Wsid: CCMPC43G1
                       VS                                All Entries For
           JOHNSON JAMES R
__Date__
6/16/2006  Complaint 02 Count 002 DRIVING ON REVOKED LICENSE Jun 15,2006
           Defendant JOHNSON JAMES R
           Statute 625 5/6-303(a)   Class A   Orig.
           Agency: CHERRY VALLEY   Ticket#: 24756

6/16/2006  Bond Type Bond On Companion Case Defendant JOHNSON JAMES R
           ARRAIGNMENT Jul 12,2006 01:30PM Rm217

7/12/2006  BENCH WARRANT TO ISSUE Bond $3000.00
           People of the State of Illinois present by CITY
           ATTORNEY.  Defendant fails to appear.  Bench
           Warrant to issue.  Bond Set at 3,000.00 less 10
           percent.  Bench Warrant was issued as ordered on
           06tr30245. Concurrent.
           Document WAR Not Printed

4/09/2007  WARRANT RETURNED SERVED
           BENCH WARRANT RETURNED Apr 20,2007 02:00PM Rm217  Judge HENNESSY

NOTE
4/20/2007  DISMISSAL PRO SE
           People of the State of Illinois present by Assistant State's
           Attorney, CITY ATTORNEY. Defendant appears Pro Se. On the motion
           of the state, case is dismissed. BOND TO BE REFUNDED TO DEFT AT
           NEW ADDRESS    1604 16TH ST. RKFD, 61104.  ORDER FILED IN
           06TR30245.
           Judge:YOUNG JOHN H   Clerk:CMC   M

4/20/2007  Disposition 02/00  Count 002  No Fine & Cost Signed  Judge YOUNG JOHN H
           Defendant JOHNSON JAMES R  Asst States Attorney CITY ATTORNEY
           Disposition: Dismiss/State Motion DRIVING ON REVOKED LICENSE
           Disposition Type: Court Action   Defendant Plea: No Plea Entered
           Statute 625 5/6-303(a)   Class A   Orig.
           Sentence: 04/20/2007
           No Fine & Cost                  .00
           Status:CLOSED  Report:Closed  Apr 20,2007
           Judge:YOUNG JOHN H
```

9)

CC-75

# STATE OF ILLINOIS
## CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
### WINNEBAGO COUNTY

FILED
Date: 4-20-07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

The City of Cherry Valley

-vs-

James R. Johnson

Case No. 06TR30245-48

## ORDER

The charges are dismissed on ~~the~~ motion of state's attorney.

All cases 06TR 030245, 030246, 030247 + 030248 ARE hereby dismissed

Dated: 4-20-07

_____
JUDGE

SJB

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
### COUNTY OF WINNEBAGO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES R. JOHNSON (D.O.B. 10-9-66), ) <br> Defendant. ) | No.  07 CF 1671 |

**COPY**

### BILL OF INDICTMENT

The Grand Jury charges:

That on or about 15 June 2007, in the County of Winnebago and State of Illinois, JAMES R. JOHNSON committed the offense commonly called **AGGRAVATED DRIVING AFTER REVOCATION**, in that he drove or was in actual physical control of a motor vehicle upon a highway in this state at a time when his driving privileges were revoked, in violation of 625 ILCS 5/6-303, the revocation being for a prior conviction for the offense commonly called Driving While Under the Influence of Alcohol, and his having previously been convicted of the offense commonly called Driving after Suspension or Revocation in Winnebago County Illinois on 18 February 1993, 30 January 1998, 2 February 1998, 26 June 1998 and 1 July 1999, and in DeKalb County, Illinois on 17 May 2005 and also on 17 May 2005 for a separate offense, in violation of 625 ILCS 5/6-303(d-3).  (Class 4 Felony - **Minimum term of imprisonment of 180 days - Extended Term eligible - Mandatory consecutive sentence to 03 CF 2192)**

**FILED**
Date: 5/2/07

_Thomas A. Klein_
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

A TRUE BILL

_George W. Gibson_
Foreperson

CC-75

STATE OF ILLINOIS

CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT

WINNEBAGO COUNTY

James Russell Johnson )
             Petitioner )
                        )
         - VS -         )
Richard Meyer           )
             Respondent )

FILE STAMP

Case No. 2007 MR 744

# ORDER

This cause coming before the court on Petitioner's Motion for Summary Judgment, the Petitioner present from custody pro se, the Respondent by Assistant State's Attorney Gregory M. Minger, the Court fully advised after hearing, IT IS HEREBY ORDERED:

1) The Motion for Summary Judgment is denied;

2) There being no contested issues of fact, the petition for habeas corpus relief is dismissed on the court's motion.

Dated: 6/3/08

_____
JUDGE



James Russell Johnson
650 W. State
Rockford, Ill. 61102.

United States District Court Clerk
211 South Court Street
Rockford, Illinois. 61101.

Legal mail