# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | July 10, 2008 |
| **CASE TITLE** | James Russell Johnson (#1716) v. Richard Meyers | | |

**DOCKET ENTRY TEXT:**

The Court denies Petitioner's motion for reconsideration [21]. Petitioner has filed a Notice of Appeal and this Court no longer has jurisdiction to hear Petitioner's motions.

*/s/ Frederick J. Kapala*

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|