FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

TO THE UNITED STATES COURT OF APPEALS FOR THE
SEVENTH JUDICIAL CIRCUIT APPELLATE COURT

---

| | |
|---|---|
| JAMES RUSSELL JOHNSON,<br>    Petitioner-Appellant, | ) Appeal from the United States District<br>) Court, for the Northern District of<br>) Illinois, Western Division<br>) |
| - Vs.- | ) Cause No.: 08-C-50002.<br>)<br>) Type of pleading: Denial of a Rule 60(b)<br>)    motion to reconsider. |
| RICHARD A. MEYERS,<br>    Respondent-Appellee, | ) Date of Judgment: July 10, 2008.<br>)<br>) Honorable<br>) Frederick J. Kapala<br>) Judge Presiding |

**FILED**
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*not paid*

---

## NOTICE OF APPEAL

Notice is hereby given that I, James Russell Johnson, petitioner-appellant in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an erroneous order of denial and dismissal of a new evidence Rule 60(b) motion to reconsider as had been entered in this action on the 10th day of July, 2008.

Respectfully Submitted;

Date: July 16, 2008    By: _James Russell Johnson_
                   Mr. James Russell Johnson, #1716
                   petitioner-appellant
                   650 West State Street
                   Rockford, Illinois. 61102.