FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

TO THE UNITED STATES COURT OF APPEALS FOR THE
SEVENTH JUDICIAL CIRCUIT APPELLATE COURT

| | |
|---|---|
| JAMES RUSSELL JOHNSON,<br>　　　　Petitioner-Appellant, | ) Appeal from the United States District<br>) Court, for the Northern District of<br>) Illinois, Western Division<br>) |
| - Vs.- | ) Cause No.: 08-C-50002.<br>)<br>) Type of pleading: Denial of a Rule 60(b)<br>)　　　　　　　motion to reconsider. |
| RICHARD A. MEYERS,<br>　　　　Respondent-Appellee, | ) Date of Judgment: July 10, 2008.<br>)<br>) Honorable<br>) Frederick J. Kapala<br>) Judge Presiding |

**FILED**
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, James Russell Johnson, petitioner-appellant in the above named case, hereby move for leave to proceed on appeal to the United States Court of Appeals for the Seventh Circuit, from an erroneous order of denial and dismissal of a new evidence Rule 60(b) motion to reconsider, as a poor person, In forma Pauperis, as had been previously allowed as per this underlying original action for habeas corpus relief now on appeal under Seventh Circuit Appellate Court Case number *08-1265*. The petitioner moves to incorporate, by reference, the previous affidavit to proceed as a poor person, in forma pauperis, presented on or about January 29, 2008, as relating to this cause.

　　　　　　　　　　　　　Respectfully Submitted;

Date: July 16, 2008.　　　　　　By: *James Russell Johnson*
　　　　　　　　　　　　　　　　Mr. James Russell Johnson, #1716
　　　　　　　　　　　　　　　　650 West State Street
　　　　　　　　　　　　　　　　Rockford, Illinois. 61102.