FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

TO THE UNITED STATES COURT OF APPEALS FOR THE
SEVENTH JUDICIAL CIRCUIT APPELLATE COURT

| | |
|---|---|
| JAMES RUSSELL JOHNSON,<br>　　　Petitioner-Appellant, | ) Appeal from the United States District<br>) Court, for the Northern District of<br>) Illinois, Western Division<br>)<br>) Cause No.: 08-C-50002.<br>)<br>) Type of pleading: Denial of a Rule 60(b)<br>)　　　　　　motion to reconsider.<br>) Date of Judgment: July 10, 2008.<br>)<br>) Honorable<br>) Frederick J. Kapala<br>) Judge Presiding |
| - Vs.- | |
| RICHARD A. MEYERS,<br>　　　Respondent-Appellee, | |

**FILED**
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

not paid

## NOTICE OF APPEAL

Notice is hereby given that I, James Russell Johnson, petitioner-appellant in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an erroneous order of denial and dismissal of a new evidence Rule 60(b) motion to reconsider as had been entered in this action on the 10th day of July, 2008.

Respectfully Submitted;

Date: July 16, 2008

By: *James Russell Johnson*
Mr. James Russell Johnson, #1716
petitioner-appellant
650 West State Street
Rockford, Illinois. 61102.

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08v50002

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| James Russell Johnson(Appellant) | | Richard Meyers |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | James Russell Johnson #1716 | Name | Richard Meyers |
| Firm | PRO SE | Firm | None Of Record |
| Address | Winnebago - WCJ<br>650 West State Street<br>Rockford, IL 61101 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Frederick J. Kapala | Date Filed in District Court | 1/2/2008 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 7/10/2008 |
| Nature of Suit Code | 530 Prisoner: Habeas Corpus | Date of Notice of Appeal | 7/21/2008 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [x]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]
             IFP Pending [x]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [x]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | July 10, 2008 |
| **CASE TITLE** | James Russell Johnson (#1716) v. Richard Meyers | | |

**DOCKET ENTRY TEXT:**

The Court denies Petitioner's motion for reconsideration [21]. Petitioner has filed a Notice of Appeal and this Court no longer has jurisdiction to hear Petitioner's motions.

*[signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

APPEAL, HABEAS, MAHONEY, PC, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Rockford)
# CIVIL DOCKET FOR CASE #: 3:08-cv-50002
# Internal Use Only

Johnson v. Meyers et al  
Assigned to: Honorable Frederick J. Kapala  
Referred to: Honorable P. Michael Mahoney  
Case in other court: 08-01265  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/02/2008  
Date Terminated: 01/25/2008  
Jury Demand: None  
Nature of Suit: 530 Prisoner: Habeas Corpus  
Jurisdiction: Federal Question

**Petitioner**

**James Russell Johnson**     represented by     **James Russell Johnson**  
#1716  
Winnebago - WCJ  
650 West State Street  
Rockford, IL 61101  
PRO SE

V.

**Respondent**

**Richard Meyers**  
*State Of Illinois, Winnebago County Sheriff*

**Service List**     represented by     **Chief of Criminal Appeals**  
Attorney General's Office  
100 West Randolph - 12 Floor  
Chicago, IL 60601  
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**  
Email: Prison1_ILND@ilnd.uscourts.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/2008 | 1 | RECEIVED Emergency Petition For Habeas Corpus Relief and 0 copies by James Russell Johnson (Attachments: # 1 Supporting Memorandum# 2 Notice of Filing)(pg, ) Additional attachment(s) added on 1/3/2008 (pg, ). (Entered: |

| | | |
|---|---|---|
| | | 01/03/2008) |
| 01/02/2008 | [2](#) | CIVIL Cover Sheet (pg, ) (Entered: 01/03/2008) |
| 01/02/2008 | | THIS matter is referred to the Honorable P. Michael Mahoney pursuant to Internal Operating Procedure 11(d) (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | | MAILED copy of Petition For Writ Of Habeas Corpus with attachments to Chief Of Criminal Appeals via certifed mail #7002 0510 0000 6469 1793 (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | [3](#) | (Court only) RECEIPT regarding payment of filing fee paid on 1/3/2008 in the amount of $5.00, receipt number 3538 (pg, ) (Entered: 01/03/2008) |
| 01/03/2008 | [4](#) | PETITION for writ of habeas corpus filed by James Russell Johnson against Richard Meyers Filing fee $ 5. (Attachments: # [1](#) Memorandum# [2](#) Notice of Filing# [3](#) Envelope)(pg, ) (Entered: 01/03/2008) |
| 01/14/2008 | [5](#) | RETURN of US post office #7002 0510 0000 6469 1793 (jat, ) (Entered: 01/14/2008) |
| 01/15/2008 | [6](#) | MOTION by Petitioner James Russell Johnson for Evidentary hearing (pg, ) (Entered: 01/15/2008) |
| 01/23/2008 | [7](#) | MOTION by Petitioner James Russell Johnson for Habeas Corpus Bail (Attachments: # [1](#) Envelope)(pg, ) (Entered: 01/23/2008) |
| 01/25/2008 | [8](#) | MINUTE entry before Judge Frederick J. Kapala : Civil case terminated.: The court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motions for evidentiary hearing [6](#) and for habeas corpus bail [7](#) are denied. [For further details see text below.] docketing mailed notice (jat, ) (Entered: 01/25/2008) |
| 01/25/2008 | [9](#) | ENTERED JUDGMENT Signed by Court Clerk for Judge Frederick J. Kapala on 1/25/2008:(jat, ) (Entered: 01/25/2008) |
| 01/31/2008 | [10](#) | NOTICE of appeal by James Russell Johnson regarding Order [8](#) , Judgment [9](#) (jat, ) (Entered: 01/31/2008) |
| 01/31/2008 | [11](#) | MOTION/Affidavit in Support of Motion Instructions by Petitioner James Russell Johnson for leave to appeal in forma pauperis (jat, ) (Entered: 01/31/2008) |
| 01/31/2008 | [12](#) | TRANSMITTED to the 7th Circuit the short record on notice of appeal [10](#) . Mailed notices. (jat, ) (Entered: 01/31/2008) |
| 02/05/2008 | [13](#) | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal [10](#) ; USCA Case No. 08-1265 (jat, ) (Entered: 02/05/2008) |
| 02/08/2008 | [14](#) | MOTION by Petitioner James Russell Johnson to transfer/change of venue (jat, ) (Entered: 02/08/2008) |
| 02/08/2008 | [15](#) | MEMORANDUM of law, brief and argument of supplemental issue(s) by James Russell Johnson (jat, ) (Entered: 02/08/2008) |
| 02/12/2008 | [16](#) | MINUTE entry before Judge Frederick J. Kapala : The Court declines to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons explained in the order of |

| | | |
|---|---|---|
| | | 1/25/08. See 28 U.S.C. § 2253(c) and F.R.A.P. 22(b). The Court construes Petitioner's motion/affidavit in support of motion instructions 11 as a motion for leave to appeal in forma pauperis. Finding Petitioner to be currently indigent, the Court grants the motion. The Court denies Petitioner's motion to transfer/change of venue 14 . Because Petitioner has filed a Notice of Appeal, the Court no longer has jurisdiction to hear further motions in this action. Docketing mailed notice (jat, ) (Entered: 02/12/2008) |
| 02/12/2008 | 17 | PETITION/ Request to prepare the record on appeal for (Appeal Number 08-1265) by James Russell Johnson (jat, ) (Entered: 02/12/2008) |
| 02/20/2008 | 18 | LETTER from James Russell Johnson dated 2/18/2008. (pg, ) (Entered: 02/20/2008) |
| 03/07/2008 | 19 | MINUTE entry before Judge Frederick J. Kapala : Petitioner's petition/request to prepare the record on appeal 17 is denied as unnecessary because the short record on appeal was transmitted to the 7th Circuit on 1/31/08. Petitioner's request for two certified copies of the record 18 is granted in part and denied in part. The Clerk is directed to send Petitioner one certified copy of the following numbered documents [1, 6, 7, 8, 9, 10, 11, 14, 15, 16] and a copy of the docket in this case.Docketing mailed [including certified copies as stated above] notice (jat, ) (Entered: 03/07/2008) |
| 03/26/2008 | 20 | NOTICE To Transmit The Record to Seventh Circuit Court of Appeals (pg, ) (Entered: 03/26/2008) |
| 03/27/2008 | | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 10 (USCA no. 08-1265) consisting of 1 volume of pleadings (jmm-r, ) (Entered: 03/27/2008) |
| 06/17/2008 | 21 | MOTION by Petitioner James Russell Johnson for reconsideration (pg, ) (Entered: 06/17/2008) |
| 07/10/2008 | 22 | MINUTE entry before the Honorable Frederick J. Kapala:The Court denies Petitioner's motion for reconsideration 21 . Petitioner has filed a Notice of Appeal and this Court no longer has jurisdiction to hear Petitioner's motions. Docketing mailed notice (pg, ) (Entered: 07/10/2008) |
| 07/21/2008 | 23 | LETTER from J. R. Johnson to Magistrate Mahoney. (jat, ) (Entered: 07/21/2008) |
| 07/21/2008 | 24 | MOTION by Petitioner James Russell Johnson for certificate of appealability (pg, ) (Entered: 07/22/2008) |
| 07/21/2008 | 25 | NOTICE of appeal by James Russell Johnson regarding orders 22 (pg, ) (Entered: 07/22/2008) |
| 07/21/2008 | 26 | MOTION by Petitioner James Russell Johnson for leave to appeal in forma pauperis (pg, ) (Entered: 07/22/2008) |