UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

NOTICE OF DOCKETING - Short Form

JUL 2 3 2008

July 22, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-2816<br><br>Caption:<br>JAMES R. JOHNSON,<br>Petitioner - Appellant<br><br>v.<br><br>RICHARD A. MEYERS,<br>Respondent - Appellee |
| District Court No: 3:08-cv-50002<br>Court Reporter Mary Lindbloom<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Frederick Kapala<br><br>Date NOA filed in District Court: 07/21/2008 |

If you have any questions regarding this appeal, please call this office.

CC: Mary Lindbloom, Michael Dobbins.