## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Johnson vs. Meyers | | |

**DOCKET ENTRY TEXT:**

In light of the Seventh Circuit's August 4, 2008 order [29], which vacated this court's judgment [9] and terminated appellate case numbers 08-1265 and 08-2816, petitioner's pending motions for a certificate of appealability [24] and for leave to appeal in forma pauperis [26] are denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|