## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50002 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Johnson vs. Meyers | | |

**DOCKET ENTRY TEXT:**

Petitioner, James Russell Johnson, proceeding pro se, has filed an "Affidavit for Substitution of Judge" pursuant to 28 U.S.C. § 144. Section 144 provides that this affidavit "shall be accompanied by a certificate of counsel of record stating that it is made in good faith." Because petitioner is proceeding pro se, he is unable to meet this requirement and the "Certificate of Good Faith" that he signed and attached to his affidavit is insufficient. Therefore, in accordance with United States v. Boyd, 208 F.3d 638, 645 (7th Cir. 2000), the court hereby appoints Douglas J. Pomatto, Heyl, Royster, Voelker & Allen, 120 West State Street, 2nd Floor, Rockford, IL 61101, Phone (815) 963-4454 to represent petitioner for the limited purpose of determining whether to file the requisite certificate. The clerk is instructed to send Attorney Pomatto a copy of the docket sheet in this case. Until the resolution of this matter, the court will be unable to proceed on petitioner's pending petition for writ of habeas corpus.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|