U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   JAMES RUSSELL JOHNSON     Case Number: 08-CV-50002

Petitioner,

v.

RICHARD MEYERS,

Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES RUSSELL JOHNSON, for the purpose as outlined in the Court Order of 8/22/08

| NAME (Type or print) |  |
|---|---|
| Douglas J. Pomatto |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Douglas J. Pomatto | |
| FIRM | |
| Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS | |
| 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP | |
| Rockford, IL  61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2229455 | 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |